# EXHIBIT A

| Mark | Reg. No. | Date of First Use in Commerce | Registration Date | Goods/Services |
|---|---|---|---|---|
| AMICA (Word Mark) | 0354683 | Feb., 1911 | Feb. 22, 1938 | Serial publication published from time to time (Class 016) |
| AMICA (Word Mark) | 0666397 | 1911 | Aug. 26, 1958 | Underwriting fire and casualty insurance (Class 036) |
| AMICA (Word Mark) | 1911774 | Sep., 1969 | Aug. 15, 1995 | Underwriting Life Insurance (Class 036) |
| THE AMICA COMPANIES (Word Mark) | 2051340 | October 1, 1996 | April 8, 1997 | Underwriting fire, casualty, homeowners and life insurance (Class 036) |
| AMICA COMPANIES FOUNDATION (Word Mark) | 2203634 | April 28, 1997 | Nov. 17, 1998 | Eleemosynary services, namely, providing financial aid to non-profit, charitable, and educational organizations through monetary grants (Class 036) |
| AMICA (Word Mark and Design) | 2276586 | Jan. 2, 1998 | Sep. 7, 1999 | Booklets in the field of insurance published from time to time (Class 036) |
| AMICA FOUNDATION (Word Mark and Design) | 2403151 | March 5, 1998 | Nov. 14, 2000 | Eleemosynary services, namely, providing financial aid to non-profit, charitable, and educational organizations through monetary grants (Class 036) |
| AMICA AUTO HOME LIFE (Word Mark and Design) | 2942057 | June, 1998 | April 19, 2005 | Underwriting insurance in the field of property, casualty, marine, life, fire and annuity (Class 036) |

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Aug 18 04:20:58 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | CURR LIST | FIRST DOC | PREV DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 6 out of 6**

---

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

## Typed Drawing

| | |
|---|---|
| **Word Mark** | AMICA |
| **Goods and Services** | IC 016. US 038. G & S: SERIAL PUBLICATION PUBLISHED FROM TIME TO TIME. FIRST USE: 19110200. FIRST USE IN COMMERCE: 19110200 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 71333213 |
| **Filing Date** | December 17, 1932 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **0354683** |
| **Registration Date** | February 22, 1938 |
| **Owner** | (REGISTRANT) AUTOMOBILE MUTUAL INSURANCE COMPANY OF AMERICA CORPORATION RHODE ISLAND 10 WEYBOSSET ST PROVIDENCE RHODE ISLAND<br><br>(LAST LISTED OWNER) AMICA MUTUAL INSURANCE CO. CORPORATION BY CHANGE OF NAME FROM RHODE ISLAND P.O. BOX 6008 PROVIDENCE RHODE ISLAND 029406008 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DAVID R JOSEPHS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Renewal** | 3RD RENEWAL 19971023 |

| | |
|---|---|
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | CURR LIST | FIRST DOC | PREV DOC

**|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY**

**United States Patent and Trademark Office**



## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Aug 18 04:20:58 EDT 2006*



### Typed Drawing

| | |
|---|---|
| **Word Mark** | AMICA |
| **Goods and Services** | IC 036. US 102. G & S: UNDERWRITING FIRE AND CASUALTY INSURANCE. FIRST USE: 19110000. FIRST USE IN COMMERCE: 19110000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 72041792 |
| **Filing Date** | December 5, 1957 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **0666397** |
| **Registration Date** | August 26, 1958 |
| **Owner** | (REGISTRANT) AUTOMOBILE MUTUAL INSURANCE COMPANY OF AMERICA CORPORATION RHODE ISLAND 10 WEYBOSSET ST. PROVIDENCE RHODE ISLAND<br><br>(LAST LISTED OWNER) AMICA MUTUAL INSURANCE COMPANY CORPORATION BY CHANGE OF NAME FROM RHODE ISLAND P.O. BOX 6008 PROVIDENCE RHODE ISLAND 029406008 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DAVID R JOSEPHS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| **Affidavit Text** | SECT 15. |
| **Renewal** | 2ND RENEWAL 19980813 |
| **Live/Dead Indicator** | LIVE |

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Aug 18 04:20:58 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | CURR LIST | FIRST DOC | PREV DOC

Logout Please logout when you are done to release system resources allocated for you.

Start **List At:** OR Jump **to record:** **Record 6 out of 6**

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

### Typed Drawing

| | |
|---|---|
| **Word Mark** | AMICA |
| **Goods and Services** | IC 036. US 102. G & S: underwriting life insurance. FIRST USE: 19690900. FIRST USE IN COMMERCE: 19690900 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 74550119 |
| **Filing Date** | July 18, 1994 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 23, 1995 |
| **Registration Number** | **1911774** |
| **Registration Date** | August 15, 1995 |
| **Owner** | (REGISTRANT) AMICA MUTUAL INSURANCE COMPANY CORPORATION RHODE ISLAND P. O. BOX 6008 Providence RHODE ISLAND 029406008 |
| **Attorney of Record** | DAVID R. JOSEPHS |
| **Prior Registrations** | 1165814 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20041008. |
| **Renewal** | 1ST RENEWAL 20041008 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | CURR LIST

First Doc | Prev Doc

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Aug 18 04:20:58 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 5 out of 5**

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

## Typed Drawing

| | |
|---|---|
| **Word Mark** | THE AMICA COMPANIES |
| **Goods and Services** | IC 036. US 100 101 102. G & S: underwriting fire, casualty, homeowners and life insurance. FIRST USE: 19961001. FIRST USE IN COMMERCE: 19961001 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 74645546 |
| **Filing Date** | March 13, 1995 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 28, 1995 |
| **Registration Number** | **2051340** |
| **Registration Date** | April 8, 1997 |
| **Owner** | (REGISTRANT) Amica Mutual Insurance Company CORPORATION RHODE ISLAND P.O. BOX 6008 PROVIDENCE RHODE ISLAND 029406008 |
| **Attorney of Record** | DAVID R. JOSEPHS |
| **Prior Registrations** | 0666397;1165814;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMPANIES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | [illegible] | CURR LIST
[illegible] | FIRST DOC | PREV DOC | [illegible] | [illegible]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Aug 18 04:20:58 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

### Typed Drawing

| | |
|---|---|
| **Word Mark** | AMICA COMPANIES FOUNDATION |
| **Goods and Services** | IC 036. US 100 101 102. G & S: eleemosynary services, namely, providing financial aid to non-profit, charitable, and educational organizations through monetary grants. FIRST USE: 19970428. FIRST USE IN COMMERCE: 19970428 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75278653 |
| **Filing Date** | April 21, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 25, 1998 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **2203634** |
| **Registration Date** | November 17, 1998 |
| **Owner** | (REGISTRANT) AMICA MUTUAL INSURANCE COMPANY CORPORATION RHODE ISLAND 100 AMICA WAY LINCOLN RHODE ISLAND 02865 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DAVID R JOSEPHS |
| **Prior Registrations** | 0666397;1165814;1911774;1911775;1911776;1993363;2051340;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMPANIES FOUNDATION" APART FROM THE MARK AS SHOWN |

Case 1:06-cv-00411-ML-DLM Document 1-2 Filed 09/15/2006 Page 11 of 17

| | |
|---|---|
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**United States Patent and Trademark Office**



## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Aug 18 04:20:58 EDT 2006*



Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

| | |
|---|---|
| **Word Mark** | AMICA |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: BOOKLETS IN THE FIELD OF INSURANCE PUBLISHED FROM TIME TO TIME. FIRST USE: 19980102. FIRST USE IN COMMERCE: 19980102<br><br>IC 036. US 100 101 102. G & S: UNDERWRITING INSURANCE; AND BROKERAGE OF INSURANCE AND ANNUITY CONTRACTS. FIRST USE: 19980102. FIRST USE IN COMMERCE: 19980102 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.10 - Rectangles divided once into two sections<br>26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 75375851 |
| **Filing Date** | October 20, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 6, 1998 |
| **Registration Number** | **2276586** |
| **Registration Date** | September 7, 1999 |
| **Owner** | (REGISTRANT) Amica Mutual Insurance Company CORPORATION RHODE ISLAND 10 Lincoln Center Boulevard Lincoln RHODE ISLAND 029406008 |
| **Attorney of** | |

| | |
|---|---|
| **Record** | DAVID R JOSEPHS |
| **Prior Registrations** | 0354683;0666397;1165814;1911774;1911775;1911776;1993363;AND OTHERS |
| **Description of Mark** | The drawing is lined for the color teal. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Aug 18 04:20:58 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

| | |
|---|---|
| **Word Mark** | AMICA FOUNDATION |
| **Goods and Services** | IC 036. US 100 101 102. G & S: ELEEMOSYNARY SERVICES; NAMELY, PROVIDING FINANCIAL AID TO NON-PROFIT, CHARITABLE, AND EDUCATIONAL ORGANIZATIONS THROUGH MONETARY GRANTS. FIRST USE: 19980305. FIRST USE IN COMMERCE: 19980305 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.10 - Rectangles divided once into two sections<br>26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 75465835 |
| **Filing Date** | April 10, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 16, 1999 |
| **Registration Number** | **2403151** |
| **Registration Date** | November 14, 2000 |
| **Owner** | (REGISTRANT) Amica Mutual Insurance Company CORPORATION RHODE ISLAND One Hundred Amica Way Lincoln RHODE ISLAND 029406008 |
| **Attorney of Record** | DAVID R JOSEPHS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FOUNDATION" APART FROM THE |

| | |
|---|---|
| | MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME NEW USER STRUCTURED FREE FORM BROWSE DICT SEARCH OG TOP HELP

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Aug 18 04:20:58 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

| | |
|---|---|
| **Word Mark** | AMICA AUTO HOME LIFE |
| **Goods and Services** | IC 036. US 100 101 102. G & S: underwriting insurance in the field of property, casualty, marine, life, fire and annuity. FIRST USE: 19980600. FIRST USE IN COMMERCE: 19980600 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.02 - Plain single line rectangles; Rectangles (single line) |
| **Serial Number** | 78400756 |
| **Filing Date** | April 13, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 25, 2005 |
| **Registration Number** | **2942057** |
| **Registration Date** | April 19, 2005 |
| **Owner** | (REGISTRANT) Amica Mutual Insurance Company CORPORATION RHODE ISLAND P.O. Box 6008 Providence RHODE ISLAND 029406008 |
| **Attorney of Record** | David R. Josephs |
| **Prior Registrations** | 0666397;1911774;2051340;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE AUTO HOME LIFE APART FROM THE MARK AS SHOWN |

| | |
|---|---|
| **Description of Mark** | The mark consists of A stylized word AMICA in box with words AUTO, HOME and LIFE therebelow. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY