**MostChoice**
*Insurance, Mortgages, Real Estate, & More...*






Get Your Free Auto Insurance Quote

**Navigation**


- SiteMap


**Get Quotes On:**


- Life Insurance
- Term Life Insurance
- Whole Life Insurance
- Annuity
- Health Insurance
- Long Term Care
- Disability Insurance
- Medicare Supplement
- Cancer Insurance
- Auto Insurance
- Homeowners Insurance
- 401K/IRA
- General Liability
- Professional Liability
- Worker's Comp
- Property Insurance
- Business Owners Policy
- Commercial Auto
- Crime Insurance
- Directors and Officers
- Group Health
- Group Life
- Group Disability
- 401k Plans
- Mortgage Rates
- Home Mortgage
- Refinance
- Home Equity Loan
- Debt Consolidation
- Home Improvement
- Second Mortgage
- Real Estate


# Amica Mutual Insurance Co Offering Good Driver Auto Insurance Discounts



**Auto Insurance**

(This form takes less than 2 minutes to complete)

Get **FREE** Auto Insurance Quotes!

*Save Time Save Money No Costs No Obligations.*

****Your Privacy is our priority. All information is strictly confidential.**

**Driver Information:**

* How many drivers will you be insuring?:

GET FREE QUOTES NOW >

Amica Mutual Insurance Co., Massachusetts 10th largest auto insurer, will be the only car insurance provider in the state to offer good-driver discounts in 2006. For customers who have best driver rankings and multi-car plans, Amica will offer a 10% discount on top of the 5% discount they already offer to multi-car policy holders.

*Read more: Only one auto insurer to offer good-driver discount this year (Patriot Ledger) BOSTON - Amica Mutual Insurance Co. is the only auto insurer that expects to offer good-driver discounts in Massachusetts this year, a spokesman for the state Division of Insurance said.*

## Recent Auto Insurance Resources at MostChoice:

- Milwaukee Auto Insurance: Allstate Gas Giveaway Ends in Violence
  Four arrests and 2 crashes werethe result of Allstate's gas giveaway...
- Florida Auto Insurance: Should Car Insurance Companies Be Allowed to Use Credit Reports?
  FL lawmakers want to ban the use of credit reports when setting car insurance rates...
- California Auto Insurance: Is Garamendi Politically Motivated?
  This article contains an editor's opinion of the auto insurance debate in California...
- Farmers Auto Insurance Defends Their Rates in California
  Farmers says their drivers saved 25% on car insurance last year...
- California Auto Insurance: Insurance Groups Respond Negatively to California Auto Club
  AAA California's decision to comply with Garamendi's proposal angers some auto insurance groups...

## Latest News for: Auto Insurance

- Car insurance trade groups vow to keep fighting rate rules
  Gainesville Sun - A trade organization representing some of the state's largest auto insurers said it will keep fighting proposed rate-setting rules despite a decision by the Automobile Club of Southern California to honor them. "The fact that one company has taken an ...
- Auto Club agrees to drive down insurance rates with new criteria
  Daily Breeze - The Automobile Club of Southern California, the state's fourth-largest provider of auto insurance, has agreed to tie its rates to safety and miles driven rather than ZIP codes. The shift, announced Monday and lauded by consumer advocates, is expected ...

**For Professionals**

- Insurance Lead Overview
- Insurance Leads
- Life Insurance Leads
- Mortgage Life Insurance Leads
- Key Man Life Insurance Leads
- Health Insurance Leads
- Self Employed Health Insurance Leads
- Impaired Health Insurance Leads
- Group Health Insurance Leads
- Long Term Care Insurance Leads
- Annuity Leads
- Disability Insurance Leads
- Auto Insurance Leads
- Homeowners Insurance Leads
- Business Insurance Leads
- General Liability Insurance Leads
- Professional Liability Insurance Leads
- Workers Compensation Insurance Leads
- Property Insurance Leads
- Refinance Mortgage Leads
- Mortgage Leads
- Real Estate Leads
- No-Call List Compliant Guarantee
- Life and Health Insurance Leads Overview
- Property and Casualty Insurance Leads Overview
- Mortgage Lead Overview
- Real Estate Lead Overview
- Tips for Successfully working Leads
- Lead Examples
- Lead FAQ

**Index**

- Life Insurance

- Auto Club to alter rate policies
  Orange County Register - The state's fourth-largest provider of auto insurance has agreed to base its rates on safety and driving frequency rather than primarily on where a driver lives. The plan by Automobile Club of Southern California would cut some $133 million from the ...
- Auto Club alters rate policy
  Inside Bay Area - The state's fourth-largest provider of auto insurance announced Monday that it has agreed to base its rates on safety and driving frequency rather than primarily on where a driver lives. Although the decision by Auto Club of Southern California won't ...
- What is auto insurance?
  WLUC TV 6 - Auto insurance policies are purchased to minimize the personal financial impact associated with motor vehicle accidents, or other incidents, that may affect automobiles you own and drive. Risks and financial liability associated with automobile ...

- Health Insurance
- Workers Comp
- Real Estate
- Professional Liability
- Mortgage
- Medigap Insurance
- Long Term Care
- Home Insurance
- General Liability
- Disability Insurance
- Pro Mortgage
- Auto Insurance
- Annuity
- Insurance STR
- Annuity STR
- Health Insurance Glossary

**Syndicate**
XML

**Explore**
- SiteMap

Insurance | Mortgage Rates | Real Estate | Investments & Annuities | Attorney/CPA Referrals | Whole Life Insurance
For Agents and Brokers | About Us | Privacy/Legal | Contact Us | Site Map | Homeowners Insurance | Site Menu
Various Terms 1 | Various Terms 2 | Various Terms 3 | Various Terms 4 | Various Terms 5 | Various Terms 6
Various Terms 7 | Various Terms 8 | Various Terms 9 | Various Terms 10 | Various Terms 11 | Various Terms 12 | Various Terms 13
AARP Family Health Insurance | Aetna Health Insurance Senior Citizens | Aetna Anthem Blue Cross Individual Policy | Alpha Blackstone Health Insurance

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
AMICA MUTUAL INSURANCE COMPANY

**DEFENDANTS**
MOSTCHOICE.COM, INC.

(b) County of Residence of First Listed Plaintiff: Providence
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Atlanta, GA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Duffy Sweeney & Scott, LTD., One Turks Head Place, Suite 1200
Providence, RI 02903 - (401) 455-0700

Attorneys (If Known)

RECEIVED
SEP 15 2006
Property of U.S. District Court
District of Rhode Island

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)

(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☒ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
15 U.S.C §§1114, 1125(a)

Brief description of cause:
Trademark infringement and false designation of origin

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE ______ DOCKET NUMBER ______

DATE: 09/15/2006

SIGNATURE OF ATTORNEY OF RECORD: Gregg M Scott

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______