**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**AMICA MUTUAL INSURANCE CO.** :
:
**v.** : CA No. 06-411 ML
:
**MOSTCHOICE.COM, INC.** :

**STIPULATION FOR EXTENSION OF TIME**

The parties hereby stipulate and agree that defendant, Mostchoice.com, Inc., shall have up through and including December 15, 2006, in which to file an answer or otherwise respond to the Complaint in this matter.

AMICA MUTUAL INSURANCE CO.
By Its Counsel

/s/ Craig M. Scott
Craig M. Scott, Esq. (#4237)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700 (Tel.)
(401) 455-0701 (Fax)
CScott@DuffySweeney.com

MOSTCHOICE.COM, INC.
By Its Counsel,

/s/ Thomas R. Noel
Thomas R. Noel, Esq. (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400 (Tel.)
(401) 621-5688 (Fax)
TNoel@LawNoel.com

**CERTIFICATE OF SERVICE**

I do hereby certify that on December 8, 2006, a copy of this document was sent to Craig M. Scott, Esq., Duffy Sweeney & Scott, LTD, One Turks Head Place, Suite 1200, Providence, RI 02903, by electronic means.

/s/ Thomas R. Noel