# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

AMICA MUTUAL INSURANCE CO.

v.

CA 06-411ML

MOSTCHOICE.COM, INC.

## ORDER

The above -captioned case was filed on September 15, 2006 and has been pending at least 120 days without an answer having been filed.

It is now ORDERED that this action will be dismissed as to the above-named defendants without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause as to why the case should not be dismissed.

LR Cv 41.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
February 22, 2007

Entered as an Order of this Court on February 22, 2007

Barbara Barletta
Deputy Clerk