# NOEL & GYORGY LLP

FIFTY SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE (401) 272-7400 • FAX 401-621-5688

JOHN P. GYORGY
THOMAS R. NOEL †

† *Also Admitted in Massachusetts*

MASSACHUSETTS OFFICE
8 NORTH MAIN STREET
ATTLEBORO MA 02703
TELEPHONE (508) 223-5800

KrisKinna@LawNoel.com


April 9, 2007

Clerk, United States District Court
District of Rhode Island
One Exchange Terrace
Providence, RI 02903

RE: Amica Mutual Insurance Company v. Mostchoice.com, Inc.
C.A. No. 06-411 ML

To Whom It May Concern:

Please find enclosed a check for $50 to pay the filing fee for a Motion for Admission Pro Hac Vice for Ryan L. Isenberg filed electronically on April 9, 2007 by Thomas R. Noel.

Sincerely,

Kristine Kinna

Kristine Kinna
Office Manager

Enclosure

**NOEL & GYORGY LLP** 09/03
50 South Main Street
Providence, RI 02903

BANK OF AMERICA, NA
Providence, RI 02903
57-1/115

2500

4/9/2007

PAY TO THE ORDER OF Board of Bar Examiners $ **50.00

Fifty and 00/100*************************************************************************************** DOLLARS

Board of Bar Examiners

MEMO
Moistchoice - Filing Fee

MP

⑈002500⑈ ⑆011500010⑆ 94755 17418⑈

© 2005 INTUIT INC. #179 1-800-433-8810