UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMICA MUTUAL INSURANCE COMPANY, :
Plaintiff, :
v. : C.A. No: 06-411ML
MOSTCHOICE.COM, INC. :
Defendant. :

**CONSENT PERMANENT INJUNCTION**

This cause having come before the Court upon the pleadings, and plaintiff, Amica Mutual Insurance Company ("Amica") and defendant, Mostchoice.com, Inc. ("Mostchoice"), have agreed upon the entry of this Consent Permanent Injunction, it is hereby:

**ORDERED ADJUDGED AND DECREED**:

1. This Court has jurisdiction over the subject matter of this litigation and over the parties hereto.

2. In accordance with Fed. R. Civ. P. 65(d), Mostchoice, and its principals, agents, servants, employees and all persons and entities in active concert or participation with it, are hereby permanently enjoined from all uses of the Amica trade name and the AMICA trademarks as set forth in Exhibit A (the "Amica Designations"), and all variants thereof, in connection with the offering for sale, selling, distributing, advertising and/or promoting financial services products or services, and shall not hereafter adopt or use a trade name or trademark that is likely to cause confusion with any of the Amica Designations.

3. Without limiting the foregoing, Mostchoice: (a) shall immediately remove any and all Amica Designations from all web pages under its control, including, but not limited to,

the Internet website, www.mostchoice.com; and (b) is prohibited from using any Amica Designation as metatags and linking or deep linking to any web pages that contains any Amica Designations.

4. Mostchoice acknowledges that Amica owns the Amica Designations set forth on Exhibit A and represents that it will not challenge or contest, either directly or indirectly, any Amica Designations.

5. If Amica hereafter discovers what it perceives to be a violation of this Permanent Injunction, then within thirty (30) days of such discovery, Amica will notify Mostchoice and provide reasonable details of the violation. Thereafter, Mostchoice shall have twenty (20) days from receipt of the notice to investigate the alleged violation(s) and provide any explanation to Amica. Amica may not file any action during this twenty-day period. Amica is thereafter free to accept or reject any explanation proffered by Mostchoice, and may file suit to enforce this Permanent Injunction upon the expiration of the twenty day investigation period.

6. In the event of a violation by Mostchoice of this Order, Amica shall be entitled to its reasonable attorney's fees and costs in seeking compliance with this Order in addition to any other remedy permitted under law.

7. Jurisdiction is retained by this Court for the purpose of enabling Amica or Mostchoice to apply to this Court at any time for such orders or directions that may be necessary or appropriate for the interpretation or implementation hereof, the amendment or modification hereof, the enforcement hereof, compliance herewith, or the punishment of violations hereof.

8. Nothing in this Consent Permanent Injunction shall prevent the non-trademark use of the word "Amica." Nothing herein shall imply that Mostchoice has any control or makes any

representation as to the storage, control, or retrieval of historical cached or inactive pages on Internet search engine sites such as Google.com or Yahoo.com.

AMICA MUTUAL INSURANCE COMPANY,
By Its Attorney,

Craig M. Scott, Esq. (#4237)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700 - Phone
(401) 455-0701 - Fax

MOSTCHOICE.COM, INC.
By its Attorney,

Thomas R. Noel, Esq. (#4239)
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903
(401) 621-7744 - Phone
(401) 621-5688 - Fax

ENTER:

C.J.

PER ORDER:

Clerk

Dated: August 20, 2007

**EXHIBIT A**

| Mark | Reg. No. | Date of First Use in Commerce | Registration Date | Goods/Services |
|---|---|---|---|---|
| AMICA<br><br>(Word Mark) | 0354683 | Feb., 1911 | Feb. 22, 1938 | Serial publication published from time to time (Class 016) |
| AMICA<br><br>(Word Mark) | 0666397 | 1911 | Aug. 26, 1958 | Underwriting fire and casualty insurance (Class 036) |
| AMICA<br><br>(Word Mark) | 1911774 | Sep., 1969 | Aug. 15, 1995 | Underwriting Life Insurance (Class 036) |
| THE AMICA COMPANIES<br><br>(Word Mark) | 2051340 | October 1, 1996 | April 8, 1997 | Underwriting fire, casualty, homeowners and life insurance (Class 036) |
| AMICA COMPANIES FOUNDATION<br><br>(Word Mark) | 2203634 | April 28, 1997 | Nov. 17, 1998 | Eleemosynary services, namely, providing financial aid to non-profit, charitable, and educational organizations through monetary grants (Class 036) |
| AMICA<br><br>(Word Mark and Design) | 2276586 | Jan. 2, 1998 | Sep. 7, 1999 | Booklets in the field of insurance published from time to time (Class 036) |
| AMICA FOUNDATION<br><br>(Word Mark and Design) | 2403151 | March 5, 1998 | Nov. 14, 2000 | Eleemosynary services, namely, providing financial aid to non-profit, charitable, and educational organizations through monetary grants (Class 036) |
| AMICA AUTO HOME LIFE<br><br>(Word Mark and Design) | 2942057 | June, 1998 | April 19, 2005 | Underwriting insurance in the field of property, casualty, marine, life, fire and annuity (Class 036) |