UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMICA MUTUAL INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No: 06-411ML |
| MOSTCHOICE.COM, INC. | : | |
| Defendant. | : | |

**DISMISSAL STIPULATION**

This parties through their respective legal counsel hereby stipulate and agree that, subject to the *Consent Permanent Injunction* entered on or about this same date, this matter may be and is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

AMICA MUTUAL INSURANCE COMPANY,
By Its Attorney,

Craig M. Scott, Esq. (#4237)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700 - Phone
(401) 455-0701 - Fax

Date: August 16, 2007

MOSTCHOICE.COM, INC.
By its Attorney,

Thomas R. Noel, Esq. (#4239)
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903
(401) 621-7744 - Phone
(401) 621-5688 - Fax

Date: August 16, 2007

Enter: Mary M. Lisi
USDJ 8/20/07